UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In re:  
CHARLES ANTHONY PRUITT  
KERRI LYNN PRUITT  
Debtor(s)

Case No. 09-61360

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ray Hendren, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/20/2009.

2) The plan was confirmed on 05/25/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/01/2011.

5) The case was dismissed on 06/01/2011.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,547.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $23,300.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$23,300.00** |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $5,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,109.69 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,909.69** |

Attorney fees paid and disclosed by debtor: $1,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALICE WILSON | Secured | 145,974.06 | 9,571.14 | 9,571.14 | 0.00 | 0.00 |
| ALICE WILSON | Secured | NA | 35,428.86 | 35,428.86 | 0.00 | 0.00 |
| ALICE WILSON | Unsecured | NA | 136,402.92 | 136,402.92 | 0.00 | 0.00 |
| CARD SERVICES CENTER | Unsecured | 9,476.45 | NA | NA | 0.00 | 0.00 |
| CBC CREDIT SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CENTRAL NATIONAL BANK | Secured | 30,000.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL NATIONAL BANK | Secured | 5,562.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL TEXAS PATHOLOGY | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL TEXAS RADIOLOGICAL | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WACO AND/OR WACO ISD | Secured | 1,291.54 | 1,291.54 | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CORP | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| EQUIANT SERVICER FOR HOLZE MU | Unsecured | 888.24 | NA | NA | 0.00 | 0.00 |
| Financial Corporation Of America | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK MOODY | Secured | 55,000.00 | 54,205.59 | 54,205.59 | 0.00 | 0.00 |
| FIRST PREMIERE BANK | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICE | Unsecured | 370.84 | NA | NA | 0.00 | 0.00 |
| GLOBAL CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK NA/HRS USA | Unsecured | 1,850.00 | 1,888.18 | 1,888.18 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 10,684.92 | 10,684.92 | 10,684.92 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 77,924.00 | 30,000.00 | 30,000.00 | 2,641.91 | 968.39 |
| INTERNAL REVENUE SERVICE | Priority | 97,442.27 | 86,444.40 | 86,444.40 | 9,427.73 | 0.00 |
| JP MORGAN CHASE BANK NA | Unsecured | 31,337.54 | 31,055.38 | 31,055.38 | 0.00 | 0.00 |
| MORGAN BUILDINGS & SPAS INC | Unsecured | NA | 0.00 | 2,220.86 | 0.00 | 0.00 |
| MORGAN BUILDINGS & SPAS INC | Secured | 4,500.00 | 3,720.86 | 1,500.00 | 1,017.54 | 52.73 |
| MORGAN BUILDINGS & SPAS INC | Unsecured | 201.40 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY LLC | Secured | 25,709.50 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY LLC | Secured | 723.35 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 110,000.00 | 108,915.01 | 108,915.01 | 0.00 | 0.00 |
| PAYMENT CENTER | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,075.33 | 1,340.42 | 1,340.42 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | Unsecured | 500.00 | 603.96 | 603.96 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 1,284.65 | 1,284.65 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 382.00 | 946.49 | 946.49 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 431.88 | 431.88 | 0.00 | 0.00 |
| PROCESSING CENTER | Unsecured | 7,982.62 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 1,992.82 | 1,992.82 | 0.00 | 0.00 | 0.00 |
| RAB INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 288.00 | 1,184.03 | 1,184.03 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 1,807.40 | 1,807.40 | 0.00 | 0.00 |
| SAMS | Unsecured | 9,144.83 | NA | NA | 0.00 | 0.00 |
| SCOTT & WHITE HEALTH PLAN | Unsecured | 426.57 | NA | NA | 0.00 | 0.00 |
| STATE OF TEXAS COMPTROLLER | Priority | 9,056.46 | 9,056.46 | 9,056.46 | 987.70 | 0.00 |
| TEXAS WORKFORCE COMMISSION | Priority | 3,072.69 | 3,072.69 | 3,072.69 | 276.09 | 0.00 |
| TEXAS WORKFORCE COMMISSION | Priority | NA | 259.14 | 259.14 | 18.22 | 0.00 |
| THE MB&W BUILDING | Unsecured | 1,093.15 | NA | NA | 0.00 | 0.00 |
| YELLOW BOOK USA | Unsecured | NA | 3,890.01 | 3,890.01 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $163,120.60 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $76,500.00 | $3,659.45 | $1,021.12 |
| **TOTAL SECURED:** | **$239,620.60** | **$3,659.45** | **$1,021.12** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $98,832.69 | $10,709.74 | $0.00 |
| **TOTAL PRIORITY:** | **$98,832.69** | **$10,709.74** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$193,741.10** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $7,909.69 |
| Disbursements to Creditors | $15,390.31 |
| **TOTAL DISBURSEMENTS**: | **$23,300.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/05/2011     By: /s/ Ray Hendren
                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**